UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
Michael Harris,
    Petitioner,

ORDER

-vs-

CV-09-2383(FB)

United States of America,
    Respondent .

-------------------------------------------------

On May 6, 2010 the pro se petitioner filed a motion for a certificate of appealability.

On March 16, 2010 the Court issued a Memorandum and Order denying his habeas corpus petition and denying a certificate of appealability. Accordingly it is

HEREBY ORDERED that the pro se petitioner's motion for certificate of appealability is denied for the reasons stated in the Court's Memorandum and Order dated March 16, 2010.

SO ORDERED

/Signed by Judge Block/
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, New York
        May 11, 2010

cc.: Michael Harris, Pro Se Petitioner